IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN DEWALT, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : : | |
| ALLIANCE PHARMA INC., *Defendant* | : : | NO. 21-1064 |

## ORDER

**AND NOW,** this 14th day of September, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 28), Plaintiff's Response (Doc. No. 31), and Defendant's Response to Plaintiff's Statement of Material Facts (Doc. No. 33), as well as the representations of counsel at the April 25, 2022 Oral Argument, it is hereby **ORDERED** that the Defendant's Motion (Doc. No. 28) is **GRANTED** for the reasons set forth in the accompanying memorandum. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE